Case 4:22-cv-02689   Document 26   Filed on 02/21/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GIUSEPPE SCARVAGLIERI**<br>*Plaintiffs*<br><br>v.<br><br>**SEADRILL AMERICAS INC.,**<br>*Defendant* | C.A. No. 4:22-cv-02689 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiffs Giuseppe Scarvaglieri, to dismiss all claims against Defendant Seadrill Americas Inc., with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Giuseppe Scarvaglieri' Motion to Dismiss all claims against Defendant Seadrill Americas Inc., with prejudice is **GRANTED,** and all claims and causes of action by Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE.**

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this   21st  day of      February            , 2024.

*/s/ Drew B. Tipton*
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND ENTRY REQUESTED:**

**MOORE & ASSOCIATES**

*/s/ Curt Hesse*

Curt Hesse
S.D. Tex. #968465
TX Bar #24065414
Lyric Center
440 Louisiana Street, Suite 1110
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739
Email: curt@mooreandassociates.net

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS
GIUSEPPE SCARVAGLIERI**

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Linda Wills*

Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 Fax
Email: Linda.Wills@WilsonElser.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT
SEADRILL AMERICAS INC.**